41463.  ALLSTATE PIPE SUPPLY COMPANY, INC. v. CITY OF LUDOWICI.

Deen, Judge.  This case came to this court by bill of exceptions, and the only assignment of error is on the order of the court overruling a motion to strike the defendant's answer.  Since such an order is not a final judgment (*Shaw v. Miller*, 214 Ga. 225 (104 SE2d 128)) the writ of error must be

Dismissed.  *Felton, C. J., and Jordan, J., concur.*

Argued September 7, 1965—Decided September 16, 1965.

*Zorn & Royal, J. Kenneth Royal,* for plaintiff in error.
*Dawson & Phillips, Richard D. Phillips,* contra.

41469.  CHURCH et al. v. McDUFFIE.

Jordan, Judge.  The exception here is to the order of the trial court overruling the defendants' general and special demurrers to the plaintiff's petition which sought to recover damages for personal injuries sustained by the plaintiff when the automobile in which she was riding was struck from the rear by the defendants' vehicle at the intersection of U. S. Highway 441 and the Cornelia to Cleveland road in Habersham County.  *Held:*

The petition in this case, which clearly set forth the time, place and manner of the collision, the parties and vehicles involved, the acts of negligence charged against the defendants, and the personal injuries and damages allegedly sustained by the plaintiff as the proximate result of the defendants' negligence, stated a cause of action and was not subject to any grounds of the defendants' demurrers.

*Judgment affirmed.  Felton, C. J., and Deen, J., concur.*

Submitted September 7, 1965—Decided September 16, 1965.

*Scott & Bouwsma, Otis J. Bouwsma,* for plaintiffs in error.
*Wheeler, Robinson & Thompson, Carl Buice, Kimzey & Kimzey, Herbert B. Kimzey,* contra.